IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ING BANK N.V., § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | ADMIRALTY |
| § | |
| NATIONAL SHIPPING § | |
| COMPANY OF SAUDI ARABIA § | |
| (a.k.a. "BAHRI") § | |
| § | |
| Defendant § | |

## O R D E R

Considering the above motion, the Verified Complaint, the Rule B Declaration under Penalty of Perjury, and it appearing to the Court that the conditions for a writ of maritime attachment and garnishment appear to exist, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Clerk of Court is authorized and ordered to issue a Writ of Attachment of the M/V BAHRI YANBU, IMO No. 9626534, and her engines, tackle, furniture, appurtenances, etc. and any other property of defendant National Shipping Company of Saudi Arabia (a.k.a. "Bahri") on board said vessel or within this District.

**IT IS FURTHER ORDERED** that ING Bank N.V. agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all other for whom they are responsible, from any and all liability or

responsibility for claims arising out of the attachment of the aforesaid BAHRI YANBU, and all property of NSCSA aboard that vessel or location within this District.

Houston, Texas, this 10th day of July, 2015.

UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

**FRANCES H. STACY**
United States Magistrate Judge