IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| THE NATIONAL SHIPPING | § | ADMIRALTY |
| COMPANY OF SAUDI ARABIA (a.k.a | § | |
| "BAHRI") | § | |
| | § | |
| Defendant | § | |

## O R D E R

Considering the foregoing Motion to Allow Vessel to Move within Port and to Continue Cargo Operations filed by plaintiff, ING Bank N.V. ("ING"), and finding same well-founded, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the M/V BAHRI YANBU, IMO No. 9626534 ("BAHRI YANBU"), be allowed to move one time within the physical jurisdiction of this Court to a safe berth or anchorage, including the Fairway Anchorage near Galveston as necessary to shift within the port or to continue conducting cargo or repair operations, at all times remaining within this District.

**IT IS FURTHER ORDERED** that ING agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from shifting or the movement to safe berth or to conduct repair operations of the aforesaid BAHRI YANBU, and all property aboard that vessel or located within this District.

Houston, Texas, this 10th day of July, 2015.

*[signature]*
UNITED STATES ~~DISTRICT~~ JUDGE

**FRANCES H. STACY**
United States Magistrate Judge