IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01976 |
| | § | ADMIRALTY |
| | § | |
| NATIONAL SHIPPING | § | |
| COMPANY OF SAUDI ARABIA | § | |
| (a.k.a. "BAHRI") | § | |
| | § | |
|    Defendant | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ING Bank N.V. (hereafter "ING Bank"), through undersigned counsel, files this notice of dismissal of its Verified Complaint against defendant, National Shipping Company of Saudi Arabia (a.k.a. "Bahri"), hereafter "Bahri", with prejudice, as follows:

1.

On July 10, 2015, ING Bank filed its Verified Complaint against Bahri. (Doc. 1).

2.

On that date, this Court entered an Order for Issuance of a Writ of Maritime Attachment and Garnishment (Doc. 5), which writ and a Warrant for Arrest were subsequently issued by the Deputy Clerk of Court, and served on July 12, 2015, on Bahri through personal service of the writ and warrant on the Master of the M/V BAHRI YANBU.

3.

The parties subsequently entered into an agreement to settle the dispute.

4.

As of this date, no opposing party has filed an answer or motion for summary judgment.

5.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), ING hereby files this notice of dismissal of its Verified Complaint, *with prejudice*, on grounds of settlement between the parties in the captioned matter.

Respectfully submitted,

/s/ James D. Bercaw
**JAMES D. BERCAW (*pro hac vice*)**
**LAURA E. AVERY (*pro hac vice*)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: jbercaw@kingkrebs.com
lavery@kingkrebs.com

**and**

**JOSEPH R. MESSA (#11346)**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, TX 77057
Telephone: (713) 334-5644
Facsimile: (713) 334-5828
Email: jmessa@kingkrebs.com

*Attorneys for ING Bank N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed on the 19th day of July, 2015, using the Court's CM/ECF system, which will send electronic notice of filing to all counsel of record.

/s/ James D. Bercaw